**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LANA ARUS,

    Plaintiff(s),

  -against-

COLE SYSTEMS ASSOCIATES, INC.,
IVAN COLE, and AL MARTINEZ, and ROSS RIVIERE,

    Defendant(s).
-----------------------------------------------------------------X

JUDGE GRIESA, J
Index No. 08 CIV. 3899

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                       S.S.
COUNTY OF NEW YORK)

    ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 28th day of April 2008, at approximately the time of 12:45 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JUDGES' RULES** upon Cole Systems Associates, Inc. at 174 Hudson Street, 4th Floor, New York, NY 10013, by personally delivering and leaving the same with Ross E. Riviere, Chief Financial Officer, who informed deponent that he is an officer authorized by law to receive service at that address. at that address.

    Ross E. Riviere is a black male, approximately 46 years of age, stands approximately 6 feet 0 inches tall and weighs approximately 195 pounds with black hair and brown eyes wearing glasses.

_____
ROBERT MILLS #1004298

Sworn to before me this
30th day of April 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109713
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
101 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com