Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LANA ARUS,

        Plaintiff(s),

   -against-

COLE SYSTEMS ASSOCIATES, INC.,
IVAN COLE, and AL MARTINEZ, and ROSS RIVIERE,

        Defendant(s).
-------------------------------------------------------------X

JUDGE GRIESA, J
Index No. 08 CIV. 3899

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            S.S.
COUNTY OF NEW YORK)

       ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 28th day of April 2008, at approximately the time of 12:45 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JUDGES' RULES** upon Ivan Cole at 174 Hudson Street, 4th Floor, New York, NY 10013, by personally delivering and leaving the same with Ross E. Riviere, Chief Financial Officer, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Ivan Cole is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       Ross E. Riviere is a black male, approximately 46 years of age, stands approximately 6 feet 0 inches tall and weighs approximately 195 pounds with black hair and brown eyes wearing glasses.

       That on the 29th day of April 2008, deponent served another copy of the foregoing upon Ivan Cole at 174 Hudson Street, 4th Floor, New York, NY 10013, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
ROBERT MILLS #1004298

Sworn to before me this
30th day of April 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com