```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LANA ARUS,

                                                    **08 CV 3899 (TPG)**

                              Plaintiff,

                                                    **STIPULATION**

        -against-

COLE SYSTEMS ASSOCIATES, INC., IVAN COLE,
AL MARTINEZ, and ROSS RIVIERE,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -

        IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Lana Arus

and defendants Cole Systems Associates, Inc., Ivan Cole, and Ross Riviere, through their attorneys:

        1.      On April 25, 2008, plaintiff filed her Complaint in this Court.

        2.      On April 28, 2008, defendants Cole Systems Associates, Inc., Ivan Cole, and

Ross Riviere were served with the Complaint. These defendants are currently required to answer,

move or otherwise respond to the Complaint on or before May 19, 2008.

        3.      Pursuant to an agreement by the parties, defendants Cole Systems Associates,

Inc., Ivan Cole, and Ross Riviere shall now have until, and including, June 2, 2008 to answer, move

or otherwise respond to the Complaint.

        4.      None of these defendants shall assert the lack of proper service of the

Summons and Complaint as a defense.

        5.      No other extensions of time have been requested or granted in this matter

regarding the time of defendants Cole Systems Associates, Inc., Ivan Cole, and Ross Riviere to

respond to the Complaint.

        6.      A facsimile copy of any signature on, or the signature page of, this stipulation

shall be deemed as an original for purposes of filing and judicial endorsement.

Dated: May 1, 2008                          Dated: May 13, 2008

CONOVER LAW OFFICES

By:

Bradford D. Conover (BC-7224)              PETER M. LEVINE (PML-7630)
Attorneys for Plaintiff                    Attorney for Defendants
75 Rockefeller Plaza (20ᵗʰ Fl.)                Cole Systems Associates, Inc.,
New York New York 10019                        Ivan Cole, and Ross Riviere
212-588-9080                               420 Lexington Avenue, Suite 2620
                                           New York, New York 10170
                                           212-599-0009

SO ORDERED:    5/21/08

U.S.D.J.

2