UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LANA ARUS,

                         Plaintiff,                  08 CV 3899 (TPG)

-against-                             **DISCLOSURE STATEMENT OF**
                                                             **COLE SYSTEMS ASSOCIATES, INC.**

COLE SYSTEMS ASSOCIATES, INC., IVAN
COLE, AL MARTINEZ, and ROSS RIVIERE,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Cole Systems Associates, Inc, by its attorney, Peter M. Levine, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that COLE SYSTEMS ASSOCIATES, INC., a non-governmental corporate party, does not have any parent corporations and does not have any publicly held parents, affiliates, or subsidiaries; and no publicly held corporation owns 10 percent or more of its stock or membership interest.

Dated: New York, New York
         June 2, 2008

                                                     _____
                                                   PETER M. LEVINE (PML-7630)
                                                   Attorney for Defendants
                                                   Cole Systems Associates, Inc.,
                                                         Ivan Cole, and Ross Riviere
                                                   420 Lexington Avenue, Suite 2620
                                                   New York, New York 10170
                                                   212-599-0009

## AFFIRMATION OF SERVICE BY MAIL

PETER M. LEVINE, being duly admitted to practice law before the courts of the State of New York, affirms the following under penalty of perjury:

I am not a party to the action, am over 18 years of age and reside in Westchester, NY

On June 3, 2008, I served a true copy of the annexed

## DISCLOSURE STATEMENT OF
## COLE SYSTEMS ASSOCIATES, INC.

in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, via FIRST CLASS MAIL in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addressees as indicated below:

>  Bradford D. Conover, Esq.
>  Conover Law Offices
>  75 Rockefeller Plaza (20th Fl.)
>  New York, New York 10019

Dated: New York, New York
       June 3, 2008

_____
Peter M. Levine