**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LANA ARUS,

        Plaintiff,                                Case No. 08 CIV 3899
                                                     (Judge Griesa)

       -against-                                 AFFIDAVIT OF SERVICE

COLE SYSTEMS ASSOCIATES, INC.,
IVAN COLE, and AL MARTINEZ,

        Defendants.
------------------------------------------------------------X
STATE OF NEW YORK  )
                          S.S.:
COUNTY OF NEW YORK)

       HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 11th day of August, 2008, at approximately 12:30 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT upon AL MARTINEZ c/o Weight Watchers at 60 Madison Avenue, 4th Floor, New York, NY, by personally delivering and leaving the same with AL MARTINEZ at that address. At the time of service, deponent asked AL MARTINEZ whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       AL MARTINEZ is a tan (Hispanic) male, approximately 40 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 230 pounds with dark hair and brown eyes.

_____
HECTOR FIGUEROA
#870141

Sworn to before me this
13th day of August, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com