AFFIRMATION OF SERVICE BY MAIL

Carl T. Peluso, being duly admitted to practice law before the courts of the State of New York, affirms the following under penalty of perjury:

I am not a party to the action, am over 21 years of age and reside in Westchester, New York. On August 28, 2008, I served a true copy of the annexed ANSWER in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, via FIRST CLASS MAIL in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addressees as indicated below:

Bradford D. Conover, Esq.
Conover Law Offices
75 Rockefeller Plaza (20th Fl.)
New York, New York 10019

Peter M. Levine, Esq.
420 Lexington Avenue, Suite 2620
New York, New York 10170


Dated: New York, New York
August 27, 2008

_____
Carl T. Peluso